**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARRELL T. BERRY,                      ) NO. CV 08-1319-VBF (MAN)
                                       )
           Petitioner,                 )
                                       )
     v.                                ) JUDGMENT
                                       )
LINDA SANDERS, Warden,                 )
                                       )
           Respondent.                 )
_____)

   Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 20, 2009

                                       _____
                                            VALERIE BAKER FAIRBANK
                                         UNITED STATES DISTRICT JUDGE